Argued May 19, reversed and remanded May 19, 1976

# DAVID EDWARD DILL, *Petitioner,*
### *v.*
# OREGON STATE PENITENTIARY et al,
### *Respondents.*
## (No. 12-75-260, CA 5721)
549 P2d 678

Robert C. Cannon argued the cause for petitoner.

Thomas H. Denney argued the cause for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Reversed and remanded. *Hindman v. OSP,* 25 Or App 61, 547 P2d 646 (1976).